JAMES J. MCMULLEN, JR. (SBN: 095853)
LISA A. HILL (SBN 223995)
VANESSA R. NEGRETE (SBN: 239689)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
SHIPPERS TRANSPORT EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIPPERS TRANSPORT EXPRESS, INC.,<br><br>Defendant. | CASE NO. CV-12-4249<br><br>**STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Charles R. Breyer<br>Courtroom.:   6<br><br>Complaint filed:   August 13, 2012<br>Trial Date:   None Set |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff HILDA SOLIS, Secretary of Labor, U.S. Department of Labor by and through their counsel of record, Laura C. Bremer and Joseph M. Lake, Office of the Solicitor, U.S. Department of Labor and Defendant SHIPPERS TRANSPORT EXPRESS, INC. by and through its counsel of record James J. McMullen, Jr., Lisa A. Hill, and Vanessa R. Negrete of Gordon & Rees LLP, that the case management conference be continued to ~~December 21, 2012 at 8:30 a.m., or another date thereafter convenient to the Court's calendar, on~~ January 4, 2013 at 8:30 a.m.

The parties further stipulate that the parties shall meet and confer not less than thirty (30) days in advance of the rescheduled conference, and that the parties shall file a joint case

management statement in the form contained in the Civil Local rules as supplemented by the Court's order of May 9, 2011, not less than 7 days in advance of the rescheduled conference.

**IT IS SO STIPULATED.**

Dated: October 25, 2012          OFFICE OF THE SOLICTOR
                                 U.S. DEPARTMENT OF LABOR

                                 By: /s/ Joseph Lake
                                     Laura C. Bremer
                                     Joseph M. Lake
                                     Attorney for Plaintiff
                                     Hilda Solis, Secretary of Labor, U.S.
                                     Department of Labor

Dated: October ___, 2012         GORDON & REES, LLP

                                 By: /s/ Vanessa R. Negrete
                                     James J. McMullen, Jr.
                                     Lisa A. Hill
                                     Vanessa R. Negrete
                                     Attorneys For Defendant
                                     Shippers Transport Express, Inc.

**IT IS SO ORDERED**

Dated: October 12, 2012          _____
                                 CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]