1  JAMES J. MCMULLEN, JR. (SBN: 095853)
   LISA A. HILL (SBN: 223995)
2  VANESSA R. NEGRETE (SBN: 239689)
   GORDON & REES LLP
3  101 W. Broadway, Suite 2000
   San Diego, CA  92101
4  Telephone:  (619) 696-6700
   Facsimile:  (619) 696-7124
5
   Attorneys for Defendant
6  SHIPPERS TRANSPORT EXPRESS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIPPERS TRANSPORT EXPRESS, INC.,<br><br>Defendant. | CASE NO. CV-12-4249<br><br>**UNOPPOSED REQUEST BY SHIPPERS TRANSPORT EXPRESS, INC. TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge:         Charles R. Breyer<br>Courtroom:  6<br><br>Complaint filed:  August 13, 2012<br>Trial Date:         None Set |

Defendant SHIPPERS TRANSPORT EXPRESS, INC., by and through its counsel of record James J. McMullen, Jr., Lisa A. Hill, and Vanessa R. Negrete of Gordon & Rees LLP, requests that the case management conference be continued to January 25, 2013 at 8:30 a.m., or another date thereafter convenient to the Court's calendar, on January 25, 2013, at 8:30 a.m.

The parties have met and conferred and shall file a joint case management statement in the form contained in the Civil Local rules as supplemented by the Court's order of May 9, 2011, not less than 7 days in advance of the rescheduled conference.

On January 7, 2013, counsel for Shippers spoke with counsel for Plaintiff HILDA SOLIS, Secretary of Labor, U.S. Department of Labor, who represented that the Secretary does not object to Defendant's request.

Dated: January ___, 2013                    GORDON & REES LLP

                                            By: ____s/ James J. McMullen, Jr._____
                                                James J. McMullen, Jr.
                                                jmcmullen@gordonrees.com
                                                Lisa A. Hill
                                                Vanessa R. Negrete
                                                Attorneys For Defendant
                                                Shippers Transport Express, Inc.

1    **IT IS SO ORDERED**

4    Dated: January 8, 2013

